**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

GRAPHIC PACKAGING INTERNATIONAL, INC.,

      Plaintiff,

      v.

INLINE PACKAGING, LLC,

      Defendant.

C.A. No. 15-482-GMS

**MOTION TO TRANSFER VENUE**

Defendant Inline Packaging, LLC ("Inline") respectfully moves the Court to transfer this case to the District of Minnesota pursuant to 28 U.S.C. § 1404(a).  This motion is brought based upon Inline's accompanying memorandum of law, declarations in support, and applicable law.

Date: July 6, 2015

                                         */s/ Kenneth L. Dorsney*
                                         Kenneth L. Dorsney (#3726)
                                         MORRIS JAMES LLP
                                         500 Delaware Avenue, Suite 1500
                                         Wilmington, DE 19801
                                         (302) 888-6800
                                         kdorsney@morrisjames.com

                                         Of Counsel:
                                         WINTHROP & WEINSTINE, P.A.
                                         Robert R. Weinstine (admitted *pro hac vice*)
                                         Justice Ericson Lindell (admitted *pro hac vice*)
                                         225 South Sixth Street, Suite 3500
                                         Minneapolis, MN 55402
                                         T 612.604.6400 | F 612.604.6800
                                         rweinstine@winthrop.com
                                         jlindell@winthrop.com

                                         *Counsel for Defendant Inline Packaging, LLC*